IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THOMAS ROSSLEY, JR.<br><br>    Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY, DRAKE UNIVERSITY BOARD OF TRUSTEES,<br><br>    Defendants. | Civ. No. 4:16-cv-00623-RGE-SBJ<br><br><br>**PLAINTIFF'S RESISTANCE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>**and**<br>**REQUEST FOR ORAL ARGUMENT** |

**COMES NOW** Plaintiff Thomas Rossley Jr. ("Plaintiff"), by and through his undersigned counsel, hereby resists Drake University's and Drake University Board of Trustees' (collectively Drake's) motion for summary judgment because there are genuine issues of disputed material facts which preclude the disposition of this action on summary judgment.  In support of his resistance, Plaintiff states the following:

1.      Plaintiff states that there are genuine issues of material fact with regard to his claim of sex discrimination because of a gender biased erroneous outcome under Title IX of the Education Amendments of 1972. ("Title IX").

2.      Plaintiff states that there are genuine issues of material fact with regard to his claim of sex discrimination because of a gender biased selective enforcement under Title IX.

3.      Plaintiff states that there are genuine issues of material fact with regard to his claim of sex discrimination because of a gender biased deliberate indifference under Title IX.

4.      Plaintiff states that there are genuine issues of material fact with regard to his claims of Drake's failure to provide him with reasonable accommodations for his disabilities in the disciplinary proceeding pursuant to the Americans with Disabilities Act ("ADA").

[1]

5.    Plaintiff states that there are genuine issues of material fact with regard to his claims for breach of contract, breach of the duty of good faith and fair dealing and estoppel by being expelled through a process that did not provide him with fundamental fairness.

6.    Plaintiff states that he will not proceed further with the claim for negligent infliction of emotional distress.  This state tort law claim does not fit well the circumstances of a college disciplinary process dealing with alleged sexual misconduct.

7.    By way of response to Drake's motion for summary judgment, Plaintiff submits the following:

A.    Plaintiff's brief in support of his resistance to Drake's motion for summary judgment.

B.    Plaintiff's response to Drake's statement of material facts.

C.    Plaintiff's statement of additional material facts, which Plaintiff contends preclude summary judgment.

D.    Appendix of supporting documents.

WHEREFORE, Plaintiff respectfully submits that the Court must deny Defendants' Motion for Summary Judgment and order such further and other relief as the Court deems just and proper.

**Dated:  June 22, 2018**

**Respectfully submitted,**

/s/ David H. Goldman
David H. Goldman, Esq.
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone: (515) 244-4300
Email: dgoldman@babichgoldman.com

-and-

[2]

/s/Philip A. Byler
Philip A. Byler, Esq. (*pro hac vice*)
Andrew T. Miltenberg, Esq.(*pro hac vice*)
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone**:** (212) 736-4500
Email: PByler@nmllplaw.com
Email: AMiltenberg@nmllplaw.com


*ATTORNEYS FOR PLAINTIFF THOMAS
ROSSLEY JR.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served by electronic filing upon the

attorneys of record for each party to the above-entitled case at the e-mail address shown below on

June 22, 2018:

| | |
|---|---|
| NYEMASTER GOODE P.C. | NYEMASTER GOODE P.C. |
| Frank Boyd Harty, Esq. | Frances M. Haas, Esq. |
| Mary E. Funk, Esq. | |
| 700 Walnut Street – Suite 1600 | 625 First Street SE – Suite 400 |
| Des Moines, Iowa 50309 | Cedar Rapids, Iowa 52401 |
| Telephone: 515.283.3100 | Telephone: 319.286.7000 |
| Facsimile: 515.283.8045 | Facsimile: 319.286.7050 |
| E-Mail: fharty@nyemaster.com | fmhaas@nyemaster.com |
| mef@nyemaster.com | |

_____*Philip A. Byler, Esq.*_____
Philip A. Byler, Esq.