## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger
Case No. 4:16-cv-623-RGE-SBJ     :   Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Thomas Rossley, Jr. | Drake University and Drake University Board of Trustees |

Plaintiff(s) Counsel: Philip Arwood Byler, David Harris Goldman

Defendant(s) Counsel: Frances M. Haas, Mary E. Funk

Court Reporter: Terri Martin     :   Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Defs.' Mot. Summ. J., ECF No. 99 | | : | X |

Proceedings:

Counsel for both parties appear. At 8:35am, Defendants' counsel argues in support of their motion. At 9:01am, Plaintiff's counsel argues in support of his position. At 10:04am, Defendants' counsel presents rebuttal. At 10:12am, Court adjourns. Order to follow.

Time Start: 8:34am
Time End:  10:12am
Date: July 20, 2018

/s/ Clare J. Horan
Deputy Clerk