IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THOMAS ROSSLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> DRAKE UNIVERSITY, DRAKE UNIVERSITY BOARD OF TRUSTEES, <br><br> Defendants. | Case No. 4:16-cv-00623-RGE-SBJ <br><br> **REPLY TO PLAINTIFF'S RESISTANCE TO DEFENDANTS MOTION TO STRIKE** |

Defendants Drake University and its Board of Trustees reply to the Plaintiffs resistance to Defendants Motion to Strike expert Barden's testimony and in support of this reply state:

1. Although Defendants are loathe to dignify with a response the numerous accusations and innuendo in Plaintiff's resistance, because Plaintiff has accused Defendants of filing a motion premised on "false" statements defendants have no choice but to set the record straight. The chronology outlined by the Defendants in their motion to strike is neither false nor misleading. The Plaintiff accuses the Defendants of "failing to mention" various events that have transpired in this case. These events are actually pleadings filed with the court and rulings by the court. To claim that Defendants are somehow attempting to mislead the court by failing to remind the court of its own rulings is just plain silly. Plaintiff's also claim that Defendants "failed to mention" a resistance to a summary judgment motion and a deposition. (See Plaintiffs Resistance Paragraphs 19, 20 and 21). The Defendants Motion to Strike actually contains testimony by Chris Barden and references his deposition transcript. Again the Plaintiff's accusations is silly.

2. Regardless, given the Courts' order of October 12 granting in part Defendants' motion for summary judgment, this motion is moot. Barden's testimony will be excluded as irrelevant.

/s/ Frank Boyd Harty
Frank Boyd Harty

/s/ Mary E. Funk
Mary E. Funk
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
mef@nyemaster.com

and

/s/ Frances M. Haas
Frances M. Haas
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa  52401
Telephone:  319-286-7000
Facsimile: 319-286-7050
Email:  fmhaas@nyemaster.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to the following:

David H. Goldman, Esq.
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa  50309
Telephone:  (515) 244-4300
Email: dgoldman@babichgoldman.com

      **-and-**

Andrew T. Miltenberg, Esq. (*pro hac vice*)
Diana R. Warshow, Esq. (*pro hac vice*)
Philip A. Byler, Esq. (*pro hac vice)*
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: AMiltenberg@nmllplaw.com
Email: DWarshow@nmllplaw.com
Email:  pbyler@nmllplaw.com

ATTORNEYS FOR PLAINTIFF

    /s/ Frank Boyd Harty