IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THOMAS ROSSLEY, JR.<br><br>Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY, DRAKE UNIVERSITY BOARD OF TRUSTEES,<br><br>Defendants. | Civ. No. 4:16-cv-00623-RGE-SBJ<br><br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**NOW COMES COUNSEL FOR THE PARTIES,** who hereby stipulate and agree to the DISMISSAL WITHOUT PREJUDICE of the portion of the Amended Complaint's Count I under the selective enforcement theory and the Amended Complaint's Count III breach of contract for Defendants' failure to investigate Plaintiff's allegation of sexual misconduct (the remaining claims in the Amended Complaint after the Court's Order re Defendants' Summary Judgment Motion entered October 12, 2018).

**Dated: October 17, 2018**

/s/ David H. Goldman
David H. Goldman
Philip F. Van Liew
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone: (515) 244-4300
Email: dgoldman@babichgoldman.com
Email: pvanliew@babichgoldman.com

/s/Philip A. Byler
Philip A. Byler (*pro hac vice*)
Andrew T. Miltenberg (*pro hac vice*)
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone**:** (212) 736-4500
Email: PByler@nmllaw.com
Email: AMiltenberg@nmllaw.com

*ATTORNEYS FOR PLAINTIFF*

| | |
|---|---|
| /s/ Frank Boyd Harty<br>Frank Boyd Harty, Esq.<br>Mary E. Funk, Esq.<br>NYEMASTER GOODE P.C.<br>700 Walnut Street – Suite 1600<br>Des Moines, Iowa 50309<br>Telephone: 515.283.3100<br>Facsimile: 515.283.8045<br>E-Mail: fharty@nyemaster.com<br>E-Mail: mef@nyemaster.com | /s/ Frances M. Haas<br>Frances M. Haas, Esq.<br><br>NYEMASTER GOODE P.C.<br>625 First Street SE – Suite 400<br>Cedar Rapids, Iowa 52401<br>Telephone: 319.286.7000<br>Facsimile: 319.286.7050<br>E-Mail:fmhaas@nyemaster.com<br><br>***ATTORNEYS FOR DEFENDANTS*** |