IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THOMAS ROSSLEY, JR.<br><br>Plaintiff,<br><br>vs.<br><br>DRAKE UNIVERSITY, DRAKE UNIVERSITY BOARD OF TRUSTEES,<br><br>Defendants. | Civ. No. 4:16-cv-00623-RGE-SBJ<br><br><br><br>**NOTICE OF APPEAL** |

**NOTICE** is hereby given that Thomas Rossley Jr., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order re Defendants' Motion for Summary Judgment that is dated and entered on the 12th day of October 2018 and that is Exhibit A hereto), which Order constituted a final judgment given the Stipulation of Dismissal that is attached as Exhibit B hereto.

**Dated:  October 22, 2018**

                                                                                **Respectfully submitted,**

| | |
|---|---|
| /s/ David H. Goldman | /s/Philip A. Byler |
| David H. Goldman | Philip A. Byler  (*pro hac vice*) |
| Philip F. Van Liew | Andrew T. Miltenberg (*pro hac vice*) |
| BABICH GOLDMAN, P.C. | NESNOFF & MILTENBERG, LLP |
| 501 S.W. 7th Street, Suite J | 363 Seventh Avenue, Fifth Floor |
| Des Moines, Iowa 50309 | New York, New York 10001 |
| Telephone: (515) 244-4300 | Telephone**:** (212) 736-4500 |
| Email: dgoldman@babichgoldman.com | Email: PByler@nmllplaw.com |
| Email: pvanliew@babichgoldman.com | Email: AMiltenberg@nmllplaw.com |

                                                       ***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2018, a copy of the foregoing was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

| | |
|---|---|
| NYEMASTER GOODE P.C. | NYEMASTER GOODE P.C. |
| Frank Boyd Harty, Esq. | Frances M. Haas, Esq. |
| Mary E. Funk, Esq. | 625 First Street SE – Suite 400 |
| 700 Walnut Street – Suite 1600 | Cedar Rapids, Iowa 52401 |
| Des Moines, Iowa 50309 | Telephone: 319.286.7000 |
| Telephone: 515.283.3100 | Facsimile: 319.286.7050 |
| Facsimile: 515.283.8045 | fmhaas@nyemaster.com |
| E-Mail: fharty@nyemaster.com | |
|         mef@nyemaster.com | |

                                          ___/s/ Philip A. Byler, Esq._____
                                              Philip A. Byler, Esq.