IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THOMAS ROSSLEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DRAKE UNIVERSITY AND DRAKE UNIVERSITY BOARD OF TRUSTEES, <br><br> Defendants. | Case No. 4:16-CV-00623-RGE-SBJ <br><br><br> TAXATION OF COSTS |

On October 12th, 2018, the Court granted the Defendant's Motion for Summary Judgment in part. ECF 153. On October 17th, 2018, the parties filed a stipulation requesting dismissal of the remaining counts. ECF 158. On October 31st, 2018, the Defendant filed a Bill of Costs. ECF 164. The deadline for the Plaintiff's response was November 14th, 2018. The Plaintiff did not file an objection.

Pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d)(1), the prevailing party is entitled to costs. A party is considered "prevailing" when judgment has been entered in its favor. Here, the Court granted Summary Judgment in favor of the Defendant on some counts of the Complaint but when doing so ordered the parties to pay their own costs. The subsequent dismissal of the remaining counts was pursuant to a stipulation and judgment was not entered in favor of either party.

The Bill of Costs filed by the Defendant is denied.

Dated this 20th day of November, 2018.

_____
Frank Severino
Chief Deputy Clerk